■ In the Matter of the Estate of CHRISTOPHE LEBEC, Deceased. PHILIPPE ERWIN, Appellant; CHASE MANHATTAN BANK et al., Respondents. [716 NYS2d 308] —Decree, Surrogate's Court, New York County (Eve Preminger, S.), entered on or about October 1, 1999, unanimously affirmed for the reasons stated by Preminger, S., without costs or disbursements. No opinion. Concur—Tom, J. P., Wallach, Andrias and Saxe, JJ.